1  EDUARDO G. ROY (Bar No. 146316)
   JOHN R. HURLEY (Bar No. 203641)
2  PROMETHEUS PARTNERS L.L.P.
   220 Montgomery Street Suite 1094
3  San Francisco, CA 94104
   Telephone: 415.527.0255
4
   Attorneys for Defendant
5  CLIFTON BURCH

6

7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,               | Case No.: 3:17-cr-00175 CRB
12 |           Plaintiff,                    | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT CLIFTON BURCH**
13 | v.
14 | ERIC WORTHEN, TAJ ARMON REID,
   | a/k/a TAJ REID, DERF BUTLER, ANTON
15 | KALAFATI, CLIFTON BURCH, PETER
   | MCKEAN, LEN TURNER, and LANCE
16 | TURNER,
17 |           Defendants.

18

19

20

21

22

23

24

25

26

27

28

- 1 -
NOTICE OF APPEARANCE
3:17-cr-00175 CRB

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the appearance of John R. Hurley of the firm Prometheus Partners LLP as counsel of record on behalf of Defendant Clifton Burch in the above-captioned matter. The undersigned is a member of the State Bar of California and is admitted to practice before this Court. Please serve undersigned counsel, in addition to Lead Counsel Eduardo G. Roy, who has previously appeared in this matter, with all pleadings and notices.

DATED:  April 26, 2017          Respectfully submitted,


                                PROMETHEUS PARTNERS L.L.P.



                                By:      /s/ John R. Hurley
                                         John R. Hurley
                                         Attorneys for Defendant
                                         CLIFTON BURCH