# United States District Court
## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CLIFTON BURCH and
PETER MCKEAN,

**FILED**

NOV 08 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CR 17-175 CRB

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 371 – Conspiracy to Defraud the United States;
18 U.S.C. § 1349 – Conspiracy to Commit Mail and Wire Fraud

---

A true-bill.

_____ Foreman

Filed in open court this __8th__ day of
_November 2018_

_____ROSE MAHER
                    Clerk          **NO PROCESS**

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☐ INDICTMENT
☒ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 371 – Conspiracy to Defraud the United States;
18 U.S.C. § 1349 – Conspiracy to Commit Mail and Wire Fraud.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1 - 5 years in prison, 3 years supervised release, $250,000 fine, and $100 special assessment.
Count 2 - 20 years in prison, 3 years supervised release, $250,000 fine, and $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---- DEFENDANT - U.S ----
▶ CLIFTON BURCH

DISTRICT COURT NUMBER
17-0175 CRB

FILED
NOV 08 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Alex G. Tse
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Cynthia Frey

---- DEFENDANT ----

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed   Month/Day/Year

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount: no bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                 Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

---

**OFFENSE CHARGED**

18 U.S.C. § 371 – Conspiracy to Defraud the United States;
18 U.S.C. § 1349 – Conspiracy to Commit Mail and Wire Fraud.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1 - 5 years in prison, 3 years supervised release, $250,000 fine, and $100 special assessment.
Count 2 - 20 years in prison, 3 years supervised release, $250,000 fine, and $100 special assessment.

---

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ PETER MCKEAN

DISTRICT COURT NUMBER
17-0175 CRB

FILED
NOV 08 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Alex G. Tse

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Cynthia Frey

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:            Before Judge:

Comments:

ALEX G. TSE (CABN 152348)
United States Attorney

FILED
NOV 08 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CLIFTON BURCH and <br> PETER MCKEAN <br> Defendants. | No. CR 17-0175 CRB <br><br> VIOLATIONS: 18 U.S.C. § 371 – Conspiracy to Defraud the United States; 18 U.S.C. § 1349 – Conspiracy to Commit Mail and Wire Fraud |

S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 371 – Conspiracy to Defraud the United States)

1. From no later than on or about July 30, 2013, and continuing through a date at least on or about November 18, 2013, and no later than January 30, 2014, in the Northern District of California and elsewhere, the defendants

CLIFTON BURCH and
PETER MCKEAN,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to defraud the United States, and an agency thereof, that is, the United States Department of Energy, by obstructing the lawful function of that federal government agency by deceitful or dishonest means, and one or more of the co-conspirators carried out an act to effect the object of the conspiracy.

SUPERSEDING INDICTMENT          1

## PARTIES, PERSONS, AND ENTITIES

At all relevant times to this Superseding Indictment, with all dates being approximate and all date ranges both approximate and inclusive:

2. Co-conspirator DERF BUTLER was a business management consultant and President of Butler Enterprise Group, LLC, based in San Francisco. Butler Enterprise Group, LLC assisted small business enterprises, especially minority-owned businesses, in obtaining construction and other contracts with public entities.

3. Co-conspirator ANTON KALAFATI was President of B Side Inc., a construction company based in Oakland, California.

4. Defendant CLIFTON BURCH was President of Empire Engineering and Construction, Inc., a construction company based in Oakland and San Francisco, California.

5. Defendant PETER MCKEAN was Vice President of Townsend Management, Inc., a construction management company based in San Francisco, California.

6. Individual A represented himself as a real estate and commercial developer based outside California who was interested in pursuing development projects and construction contracts with public entities in California.

7. The United States Department of Energy ("DOE") was a department of the United States government that managed the United States' nuclear infrastructure, administered the country's energy policy, and funded scientific research. The DOE operated DOE national laboratories, a collection of federally-funded research centers throughout the United States, overseen for the purpose of advancing science and technology to fulfill the DOE mission.

8. The Lawrence Berkeley National Laboratory ("LBNL") was a DOE national laboratory located at the University of California, Berkeley ("UCB"). The DOE owned the LBNL buildings and funded the operations of LBNL. When new construction or renovation of existing buildings took place, funds of the United States government were used to pay for the construction or renovation.

9. Through a contract known as "the prime contract" between the DOE and the University of California Regents, UCB employees managed and operated the LBNL facilities.

///

10. As to some contracts to construct or renovate LBNL buildings, the DOE conducted the process of soliciting and reviewing bids and awarding the contracts. In doing so, the DOE contracting officers were required to act in accordance with the practices and procedures set forth in Federal Acquisition Regulations and Department of Energy Acquisition Regulations. Those regulations required that contracting officers follow a purchasing system that utilized the best in commercial purchasing practices and procedures, including, among other things, using effective competitive techniques, acquiring quality products and services at fair and reasonable prices, maintaining the highest professional and ethical standards, maximizing opportunities for small and minority-owned businesses, and delivering on a timely basis the best value products and services necessary to accomplish the purpose of the United States Government contract.

11. Pursuant to the provisions of the prime contract, the DOE delegated to UCB employees the authority to engage in procurement for certain LBNL building construction and renovation contracts. Pursuant to the prime contract, in such instances, UCB employees acted on behalf of DOE and solicited and reviewed bids, and awarded contracts, in accordance with Federal Acquisition Regulations, Department of Energy Acquisition Regulations, and practices and procedures approved by the DOE. In doing so, UCB employees were required to engage in a purchasing system that met the same standards as those followed by DOE contracting officers, as described in paragraph 17, above.

12. LBNL Building 84 was a DOE-owned LBNL building that was scheduled for renovation utilizing federal funds. The solicitation of bids, review of bids, and awarding of the contract was to be conducted by UCB employees pursuant to the prime contract.

### MANNER AND MEANS OF THE CONSPIRACY

13. Beginning no later than on or about July 30, 2013 and continuing through a date at least on or about November 18, 2014, and no later than January 30, 2014, the defendants, and co-conspirators known and unknown to the Grand Jury, knowingly and intentionally engaged in an illegal scheme to obtain the contract with the DOE to renovate LBNL Building 84, and thereby obtain United States government funds to pay for the renovation, by means designed to impair, obstruct, and defeat the lawful function of the DOE in awarding construction contracts through a fair, honest, and competitive process.

14. Individual A represented to co-conspirators BUTLER and KALAFATI, and defendants BURCH and MCKEAN that he was colluding with a DOE contracting officer who was responsible for reviewing bids for the contract to renovate LBNL Building 84. Individual A represented to the defendants that the contracting officer had guaranteed the contract to Individual A outside the normal bid solicitation and review process. As part of the scheme to defraud, co-conspirators BUTLER and KALAFATI, and defendants BURCH and MCKEAN knowingly agreed to assist Individual A's scheme to obtain the LBNL Building 84 contract through collusion with the contracting officer. The defendants entered into this agreement with their co-conspirators and with Individual A in exchange for a promise by Individual A that they would receive either a financial reward or a financial benefit in the form of contracting work from Individual A once he was awarded the LBNL Building 84 renovation contract.

15. As further part of the scheme to defraud and to assist Individual A in winning the contract to renovate LBNL Building 84, co-conspirators BUTLER and KALAFATI, and defendants BURCH and MCKEAN agreed to impair, obstruct, and defeat DOE's contract bidding and award process by submitting, or participating in the submission of, fraudulent and non-competitive bids to perform the renovation of LBNL Building 84. The defendants submitted bids to the DOE, or arranged for the submission of bids to the DOE, in amounts dictated by Individual A that were higher than the bid Individual A represented he submitted to the DOE for the LBNL Building 84 renovation contract. The defendants submitted these bids knowing that they were not genuine bids. The defendants did not independently arrive at the bid number by reviewing the specifications for the project; did not intend to perform the entire renovation project; and did not intend to perform work on the project for the amount of their bids. The defendants submitted the bids to the DOE, or arranged for the submission of the bids to the DOE, in amounts higher than Individual A's bid for the purpose of artificially ensuring that Individual A's bid on the LBNL Building 84 renovation was the lowest bid. In doing so, the defendants intended to undermine DOE's fair and competitive bidding process and to assist the DOE contracting officer whom they believed was colluding with Individual A to award the LBNL Building 84 renovation contract to Individual A.

///

///

OVERT ACTS

16. As part of the conspiracy and to carry out its objects, the defendants, together with other co-conspirators known and unknown to the Grand Jury, committed or caused to be committed, the following overt acts, among others, in the Northern District of California and elsewhere.

a. On July 18, 2013, BUTLER met with Individual A in San Francisco, California, and BUTLER agreed to locate contractors to submit bids for the DOE contract in amounts higher than Individual A's bid. BUTLER proposed that instead of Individual A paying the contractors for submitting the bids, Individual A could give the bidders sub-contracting work once Individual A won the contract. During the meeting, Individual A gave BUTLER $2,000 in cash.

b. On or about July 29, 2013, BUTLER emailed BURCH to arrange for BURCH to attend a meeting with BUTLER and Individual A.

c. On or about July 29, 2013, BUTLER emailed and texted KALAFATI to arrange for KALAFATI to attend a meeting with BUTLER and Individual A.

d. On July 30, 2013, Individual A met with BUTLER, KALAFATI, and BURCH in San Francisco. BUTLER, KALAFATI, and BURCH agreed that KALAFATI and BURCH would separately submit bids to DOE for the LBNL Building 84 renovation project in amounts dictated by Individual A and higher than Individual A's bid of $5.7 million. After KALAFATI and BURCH left the meeting, Individual A gave BUTLER $9,000 in cash.

e. On July 31, 2013, BUTLER and Individual A met and Individual A gave BUTLER an additional $4,000 in cash.

f. On August 14, 2013, BUTLER, KALAFATI, and Individual A had a telephone conversation during which BUTLER, KALAFATI, and Individual A discussed KALAFATI submitting a bid to DOE in the amount of $6.7 million.

g. On August 15, 2013, BUTLER had a telephone conversation with Individual A during which BUTLER told Individual A that BURCH would be submitting a bid of $7.1 million to DOE.

h. On or about August 19, 2013, KALAFATI mailed a letter via Federal Express to the DOE contracting officer at the US DOE Berkeley Site Office quoting a bid for B Side, Inc. to perform

SUPERSEDING INDICTMENT                        5

the renovation of LBNL Building 84 for $6,696,000.

   i. On or about August 26, 2013, BURCH mailed a letter via Federal Express to the DOE contracting officer at the US DOE Berkeley Site Office quoting a bid for Empire Engineering & Construction, Inc. to perform the renovation of LBNL Building 84 for $7,125,000.

   j. On September 5, 2013, BUTLER proposed that Individual A use MCKEAN as the contract manager for the LBNL Building 84 renovation project. Later the same day, BUTLER introduced MCKEAN to Individual A.

   k. On September 30, 2013, BUTLER met with Individual A in San Francisco and asked for an additional $15,000 from Individual A. BUTLER also discussed the payment that he expected to receive once Individual A was awarded the contract for the LBNL Building 84 renovation.

   l. On October 1, 2013, MCKEAN met with Individual A in San Francisco and agreed to submit a bid on the LBNL Building 84 project in the amount of $6.2 million. At the end of the meeting, MCKEAN and Individual A spoke on the phone with BUTLER and discussed MCKEAN's agreement to submit the $6.2 million bid.

   m. On October 3, 2013, MCKEAN, on behalf of Townsend Management, Inc., emailed a letter addressed to the DOE contracting officer submitting a lump sum bid for $6,200,000 to perform the LBNL Building 84 renovation.

   n. During a meeting between MCKEAN and Individual A on October 3, 2013 in San Francisco, in which BUTLER participated by phone, MCKEAN and BUTLER agreed to recruit one more bidder to submit a bid higher than Individual A's bid for the LBNL Building 84 project.

   o. During a phone conversation with Individual A on October 25, 2013, BUTLER said he had arranged for another contractor ("Contractor A") to submit a bid in the amount of $6.3 million.

   p. On November 18, 2013, defendant MCKEAN and co-conspirator BUTLER met with Individual A and Contractor A to discuss the LBNL Building 84 project.

   q. On January 30, 2014, BUTLER, KALAFATI, BURCH, and MCKEAN met to discuss the LBNL Building 84 contract.

   All in violation of Title 18, United States Code, Section 371.

///

COUNT TWO: (18 U.S.C. § 1349 – Conspiracy to Commit Mail and Wire Fraud)

17. Paragraphs 2 through 16 of this Superseding Indictment are hereby re-alleged and incorporated by reference as if set forth in full herein.

18. From a date on or about at least July 30, 2013, and continuing through a date at least on or about November 18, 2013, and no later than January 30, 2014, in the Northern District of California and elsewhere, the defendants,

PETER MCKEAN and<br>CLIFTON BURCH,

together with others known and unknown to the Grand Jury, conspired to devise a scheme and artifice to defraud and to obtain money and property from Lawrence Berkeley National Laboratory ("LBNL") by means of materially false and fraudulent pretenses, representations, and promises, and did knowingly conspire to use or cause to be used the mails, and to transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, for the purpose of executing and attempting to execute the scheme and artifice, in violation of Title 18, United States Code, Sections 1341 and 1343.

All in violation of Title 18, United States Code, Section 1349.

DATED: 11/8/18

A TRUE BILL.

_____
FOREPERSON

ALEX G. TSE
United States Attorney

_____
JOHN H. HEMANN
Deputy Chief, Criminal Division

Approved as to form: _____
C. FREY/W. FRENTZEN
Assistant United States Attorneys

SUPERSEDING INDICTMENT                7

**FILED**

**NOV 08 2018**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

*Instructions:* *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. CLIFTON BURCH, and, PETER MCKEAN | **CASE NUMBER:** CR 17-0175 CRB |
| **Is This Case Under Seal?** | Yes    No ✓ |
| **Total Number of Defendants:** | 1    2-7 ✓    8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓    OAK    SJ |
| **Is this a potential high-cost case?** | Yes    No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✓ |
| **Is this a RICO Act gang case?** | Yes    No ✓ |
| **Assigned AUSA (Lead Attorney):** CYNTHIA FREY | **Date Submitted:** 11/8/2018 |

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)        RESET FORM    SAVE PDF