**FILED**

FEB 20 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER MCKEAN, and<br>CLIFTON BURCH,<br><br>Defendants. | Case No. 17-cr-00175-CRB<br><br>**VERDICT FORM FOR DEFENDANT CLIFTON BURCH** |

1. We, the jury in the above-entitled case, unanimously find the defendant,

   **CLIFTON BURCH**:

   _____GUILTY_____ (GUILTY/NOT GUILTY)

   of the charge of Conspiracy to Defraud the United States.


2. We, the jury in the above-entitled case, unanimously find the defendant,

   **CLIFTON BURCH**:

   _____GUILTY_____ (GUILTY/NOT GUILTY)

   of the charge of Conspiracy to Commit Mail and Wire Fraud.


Dated: __02/20/2019__          _____[signature]_____
                                FOREPERSON