```
1   JOHN M. RUNFOLA SBN. 096058
    Pier 9, Suite 100
2   San Francisco, CA  94111-1497
    Telephone:  (415) 391-4243
3   Facsimile:  (415) 391-5161

4
    NAOMI CHUNG SBN. 283743
5   Pier 9, Suite 100
    San Francisco, CA 94111
6   Telephone: 415-746-9080
    Fax: 415-484-7054
7
8   Attorneys for Defendant
    CLIFTON BURCH
9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-17-0175 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUNE 24, 2019 SENTENCING DATE & MOTION FOR NEW TRIAL** |
| v. | |
| CLIFTON BURCH, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between William Frenzen, Assistant United States Attorney, counsel for the plaintiff, and John M. Runfola, counsel for the defendant CLIFTON BURCH, that the sentencing hearing scheduled in this Court for June 24, 2019 at 11:00 a.m., is extended until August **August 28, 2019 at 1:30 p.m.** ~~26, 2019 at 11:00 a.m.~~, or as soon thereafter as is convenient for the Court.

This continuance is sought by the defense in order to allow for continuity and effective preparation of counsel 18 U.S.C. section 3161(h)(8)(B)(iv).  Due to a medical emergency and resulting scheduling conflicts counsel for the defendant has been unable to prepare for the motion for a new trial and sentencing.

No party objects to the requested continuance.

**IT IS SO STIPULATED**

DATED:     04/25/19                                    /s/
                                            JOHN M. RUNFOLA
                                            Attorney for CLIFTON BURCH


DATED:     04/25/19                                    /s/
                                            NAOMI CHUNG
                                            Attorney for CLIFTON BURCH


DATED:     04/26/19                                    /s/
                                            WILLIAM FRENZEN
                                            Assistant United States Attorney

**IT IS SO ORDERED**

DATED: May 1, 2019                          _____
                                            HONORABLE CHARLES BREYER
                                            UNITED STATES DISTRICT COURT JUDGE